McGREGOR W. SCOTT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANITA VIJAY, <br><br> Defendant. | CASE NO. 2:20-CR-10-TLN <br><br> STIPULATION REGARDING CONTINUING CHANGE OF PLEA DATE AND EXCLUDING TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER <br><br> DATE: September 10, 2020 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

The United States of America and defendant stipulate as follows:

1. By previous order, this Court set a change of plea hearing in this matter for June 11, 2020, and excluded time under the Speedy Trial Act through that date.

2. By this stipulation, the parties jointly request that the Court continue the change of plea hearing to September 10, 2020, ay 9:30 a.m., and exclude time under the Speedy Trial Act from June 11, 2020, through September 10, 2020, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) (Local Code T4).

3. The parties agree and stipulate, and request the Court find, the following:

   a) The government has represented that the discovery associated with this case includes a substantial number of reports and text message communications, as well as other records.

   b) Counsel for defendant desires additional time to continue consulting with his client and otherwise preparing for the change of plea hearing or trial.

        c)        The parties believe that failure to grant the above-requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and continuity of counsel.

        d)        The government does not object to the continuance.

        e)        Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interests of the public and defendant in a speedy trial.

        f)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 11, 2020, to September 10, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) (Local Code T4), because it results from a continuance granted by the Court at the parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and defendant in a speedy trial.

4.        Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  June 3, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ MATTHEW THUESEN
MATTHEW THUESEN
Assistant United States Attorney

Dated:  June 3, 2020

/s/ BRIAN GETZ (with consent)
BRIAN GETZ
Counsel for Defendant
ANITA VIJAY

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of June, 2020.

_____
Troy L. Nunley
United States District Judge