PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:20-CR-10 MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| ANITA VIJAY, | DATE: July 22, 2021 |
| Defendant. | TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      On January 14, 2020, the United States filed an information charging Anita Vijay with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, and one count of soliciting health care kickbacks, in violation of 42 U.S.C. § 1320a-7b(b)(1)(A).

2.      On September 10, 2020, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3.      Defendant currently is scheduled to appear on July 22, 2021, for a status conference regarding sentencing.

4.      The parties jointly request that the Court vacate the status conference scheduled for July 22, 2021, and enter an order setting the following schedule for sentencing and disclosure of the

STIPULATION REGARDING HEARING

1

Case 2:20-cr-00010-MCE   Document 52   Filed 07/21/21   Page 2 of 2

1  presentence report:

2           Judgment and sentencing:                    January 20, 2022

3           Reply or statement of non-opposition:       January 13, 2022

4           Motion for correction:                      January 6, 2022

5           Presentence Report:                         December 30, 2021

6           Written objections:                         December 23, 2021

7           Proposed Presentence Report:                December 9, 2021

8

9           **IT IS SO STIPULATED.**

10

11   Dated:  July 19, 2021
                                                 PHILLIP A. TALBERT
                                                 Acting United States Attorney
12

13                                               /s/ MATTHEW THUESEN
                                                 MATTHEW THUESEN
14                                               Assistant United States Attorney

15

16   Dated:  July 19, 2021                       /s/ BRIAN GETZ
                                                 BRIAN GETZ
17                                               Counsel for Defendant
                                                 Anita Vijay
18

19
                                          **ORDER**
20

21           IT IS SO ORDERED.

     Dated:  July 21, 2021
22

23

24                                               _____
                                                 MORRISON C. ENGLAND, JR
                                                 SENIOR UNITED STATES DISTRICT JUDGE
25

26

27

28

     STIPULATION REGARDING HEARING            2