UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:19-CR-00161-MCE |
| Plaintiff, | |
| v. | **SECOND AMENDED RELATED CASE ORDER** |
| JOHN EBY, | |
| Defendant. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. 2:20-CR-00010-TLN |
| Plaintiff, | |
| v. | |
| ANITA VIJAY and JAI VIJAY, | |
| Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA, | No. 2:21-CR-00032-TLN |
| Plaintiff, | |
| v. | |
| MARIELA PANGANIBAN, | |
| Defendant. | |
| _____/ | |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | No. 2:21-CR-00050-TLN |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | LIANA KARAPETYAN, | |
| 5 | Defendant. | |
| 6 | _____/ | |
| 7 | UNITED STATES OF AMERICA, | No. 2:21-CR-00084-KJM |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | AKOP ATOYAN, | |
| 11 | Defendant. | |
| 12 | _____/ | |

An examination of the above-entitled criminal actions reveals that these actions are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the action is effected. Under the regular practice of this court, related cases are generally assigned to the district judge and magistrate judge to whom the first filed action was assigned.

///
///
///
///

1    IT IS THEREFORE ORDERED that the action denominated No. 2:20-CR-00010-TLN, <u>United States of America v. Anita Vijay and Jai Vijay</u>, No. 2:21-CR-00032-TLN, <u>United States of America v. Mariela Panganiban</u>, 2:21-CR-00050-TLN, <u>United States of America v. Liana Karapetyan</u>, and 2:21-CR-00084-KJM, <u>United State of America v. Akop Atoyan</u> are reassigned to Senior District Judge Morrison C. England, Jr. for all further proceedings, and any dates currently set in these reassigned case only are hereby **VACATED**.  The caption on documents filed in the reassigned cases shall be shown as 2:20-CR-00010-MCE, 2:21-CR-00032-MCE, 2:21-CR-00050-MCE and 2:21-CR-00084-MCE.

    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

    IT IS SO ORDERED.

Dated:  July 26, 2021

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE