PHILLIP A. TALBERT
Acting United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-10 MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING SENTENCING DATE AND PRESENTENCE REPORT DISCLOSURE SCHEDULE |
| v. | |
| ANITA VIJAY, | COURT: Hon. Morrison C. England, Jr. |
| Defendant. | |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On January 14, 2020, the United States filed an information charging Anita Vijay with one count of conspiracy to pay and receive health care kickbacks, in violation of 18 U.S.C. § 371, and one count of soliciting health care kickbacks, in violation of 42 U.S.C. § 1320a-7b(b)(1)(A).

2. On September 10, 2020, defendant pleaded guilty to both charges in the information, pursuant to a plea agreement.

3. The parties jointly request that the Court enter an order setting the following schedule for sentencing and disclosure of the presentence report:

Judgment and sentencing:                                                         January 20, 2022

Reply or statement of non-opposition:                                       January 13, 2022

| | |
|---|---|
| Motion for correction: | January 6, 2022 |
| Presentence Report: | December 30, 2021 |
| Written objections: | December 23, 2021 |
| Proposed Presentence Report: | December 9, 2021 |

**IT IS SO STIPULATED.**

Dated: August 18, 2021

          PHILLIP A. TALBERT
          Acting United States Attorney

          /s/ MATTHEW THUESEN
          MATTHEW THUESEN
          Assistant United States Attorney

Dated: August 18, 2021

          /s/ BRIAN GETZ
          BRIAN GETZ
          Counsel for Defendant
          Anita Vijay

**ORDER**

Having considered the parties' stipulation, the Court adopts it as its order.

Dated: August 20, 2021

          MORRISON C. ENGLAND, JR
          SENIOR UNITED STATES DISTRICT JUDGE